# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17-00032  Judge Crenshaw |
| James Frei | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Frei,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:2251(a) and 18:2251(d) Production of child pornography (Counts 1-4)
18:2422(b) Online enticement of a minor to engage in sexual activity (Count 5)
18:2423(b) Traveling in interstate commerce to have sex with a minor (Counts 6-8)
18:2252A(a)(1) and 18:2252A(b) Transporting child pornography in interstate and foreign commerce (Count 9)

Date: 03/08/2017

*Ann E. Schwarz*
*Issuing officer's signature*

City and state: Nashville, TN

Ann E. Schwarz, Criminal Docketing Supervisor
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*