IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:17-00032 |
| v. | ) | |
| | ) | Magistrate Judge Newbern |
| JAMES FREI | ) | |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the United States moves to have the defendant detained pending proceedings in this matter on the basis that he may flee or pose a danger to the community. The United States requests a continuance of three days to prepare for the detention hearing.

Respectfully submitted,

JACK SMITH
Acting United States Attorney
Middle District of Tennessee

By: /s/ Kathryn Risinger
KATHRYN RISINGER
Assistant U. S. Attorney
110 9th Avenue South, A-961
Nashville, Tennessee 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel for the defendant via CM/ECF this 1st day of June, 2017.

/s/ Kathryn Risinger
KATHRYN RISINGER
Assistant U. S. Attorney